# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GREG PAUL REVERE SANCHEZ<br><br>Petitioner,<br><br>v.<br><br>STATE OF UTAH,<br><br>Respondent. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br><br>Case No. 2:18-CV-70-DN<br><br>District Judge David Nuffer |

Petitioner, Greg Paul Revere Sanchez, filed a *pro se* habeas-corpus petition. 28 U.S.C.S. § 2254 (2018). An Order dated August 9, 2018, determined that the petition was deficient for a few reasons. (Doc No. 58.) The order gave gave Petitioner directions for curing the deficiencies, directed the clerk to send him a "Pro Se Litigant Guide," with a blank-form habeas corpus petition, and ordered him to cure the deficiencies within thirty days. (*Id*.) Petitioner responded by filing motions to have all his documents returned to him. He noted, "I'm not complying with your thirty days."

**IT IS ORDERED** that--because of Petitioner's failure to comply with the Court's Order and to appropriately prosecute his case--the petition is **DISMISSED**. This action is **CLOSED**.

**IT IS FURTHER ORDERED** that Petitioner's motions to have his documents returned to him are **DENIED**. (Doc. Nos. 59 & 60.) The originals belong to the public record now.

Moreover, Petitioner has filed around fifty documents and it would strain the Court's resources to copy and return them all. As a one-time courtesy, however, the Clerk's Office shall copy the petition, (Doc. No. 4), and send the copy to Petitioner.

DATED this 18th day of October, 2018.

BY THE COURT:

_____
JUDGE DAVID NUFFER
United States District Court